UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:97-CR-5-F6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| ERIC ORSON MERRITT, II, | ) | |
| Defendant. | ) | |

This matter is before the court on the Defendant's Motion for Reduction of Sentence

[DE-269] pursuant to 18 U.S.C. § 3582(c)(2) and United States Sentencing Guidelines §

1B1.10(c) (the "18:1" crack cocaine retroactivity amendment to the sentencing guidelines). By

separate order filed today and pursuant to § 3582(c), the court has reduced Merritt's sentence by

an amount that is greater than what Merritt requested in his § 3582(c) motion. Merritt's motion

[DE-269] is therefore DENIED AS MOOT.


SO ORDERED.

This the 21st day of November, 2013.

JAMES C. FOX
Senior United States District Judge